# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DERRICK LAMONT NESBITT, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> OFFICER JANNOT, et. al., ) <br> ) <br> Defendants. ) | Case No. CV406-10 |

## REPORT AND RECOMMENDATION

In an order dated January 20, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. Doc. 3. The Court warned plaintiff that his failure to return these forms by February 20, 2006 would result in a recommendation that this case be dismissed. Since plaintiff has neither returned the forms nor paid the filing fee, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 27th day of April, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA